SUSAN KEOUGH, as Administratrix of JOHN KEOUGH, Deceased, Respondent, *v.* ALBANY AND TROY STEAMBOAT COMPANY, LIMITED, Appellant.

*Keough* v. *Albany & Troy St. Bt. Co., Limited,* 62 App. Div. 630, affirmed.
(Argued April 7, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July

1, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William J. Roche* and *Lewis E. Griffith* for appellant.

*T. F. Hamilton* and *Thomas F. Powers* for respondent.

*Per Curiam.* The unanimous affirmance of the judgment herein by the Appellate Division prevents this court from considering the very serious questions presented by the motion to dismiss the complaint. The exceptions taken to the admission of testimony and to the charge will not support a reversal.

Judgment affirmed, with costs.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.